```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------X

U.S.A. Famous Original Ray's Licensing
Corp.,

                        Plaintiff,         CV-03-4311  (CPS)

        - against -
                                            ORDER
Susan P. Smith d/b/a It's Ray's Pizza
and Restaurant, a/k/a Ray's Pizza, and
"Johnny," a person whose last name is
presently unknown,

                        Defendants.

-----------------------------------------X
```

No objections to the Report and Recommendation of Magistrate Judge Gold dated August 12, 2005, having been filed by the parties, the Report and Recommendation is hereby adopted. The plaintiff is directed to submit to the court by September 30, 2005, a revised proposed default judgment consistent with Magistrate Judge Gold's Report and Recommendation.

The Clerk is directed to transmit a copy of the within to all parties and to the magistrate judge.

SO ORDERED.

Dated :   Brooklyn, New York
          September 14, 2005

                By: /s/ Charles P. Sifton (electronically signed)
                    United States District Judge